IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Byron Butler )
Plaintiff, )
)
v. ) CASE NO. 2:19-cv-530
)
Daman Dunn; Lagunrtn )
)
Defendants, )

RECEIVED
2019 JUL 24 P 4:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Byron Butler, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**        **Relationship to Party**

_____      _____

_____      _____

_____      _____

7/24/2019
Date

(Signature)

Moses O Stone
(Counsel's Name)

Byron Butler
Counsel for (print names of all parties)
PO Box 461
Birmingham, AL 35201
Address, City, State Zip Code
205 214-3880
Telephone Number